1  LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
2  1007 7th Street, Suite 210
Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
TEVIN TAN
5

6               **UNITED STATES DISTRICT COURT**

7         **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,          )  Case No.:  2:10-CR-0262-WBS
                                      )
10            Plaintiff,              )  **STIPULATION AND ORDER TO**
                                      )  **CONTINUE STATUS CONFERENCE**
11       vs.                          )
                                      )  **DATE:      August 9, 2010**
12  TEVIN TAN,                        )  **TIME:      8:30 a.m.**
              Defendant.              )  **JUDGE:   Hon. William B. Shubb**
13                                    )
                                      )
14 _____   )

15                       **Stipulation**

16        The parties, through their undersigned counsel, stipulate that the status conference

17  scheduled for August 9, 2010 be continued to August 30, 2010. Additional time is necessary for

18  counsel to review and analyze discovery, conduct investigation and obtain documents relating to

19  defendant's history. The parties also agree that time may be excluded from the speedy trial

20  calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h)

21  (7) (B) (iv) and Local Code T4.

22  ///

23  ///

24  ///

25

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: August 5, 2010                     by        /s/ Chris Cosca
                                                              Chris Cosca
                                                              Attorney for Defendant
                                                              TEVIN TAN


DATED: August 5, 2010                     by        /s/ Chris Cosca for
                                                              Todd Leras
                                                              Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for August 9, 2010 is continued to August 30, 2010 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.


DATED:  August 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE