DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:10 CR 00262 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | ) |
| TEVIN TAN, | ) |
| Defendant | ) |

The parties agree that time beginning October 4, 2010 and extending through November 1, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the October 4, 2010, calendar and be rescheduled to November 1, 2010 at 8:30 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:   9-30-10					By:	/s/ Danny D. Brace, Jr.,
						DANNY D. BRACE, JR.,
						Attorney for
						Tevin Tan


Date:   9-30-10					By:	/s/ Todd D.Leras
						Authorized to sign for Mr. Leras
						On September 30, 2010
						TODD D. LERAS
						Assistant U.S. Attorney


**IT IS SO ORDERED:**

**Dated:  September 30, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE