1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 2:10-0262 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| TEVIN TAN, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Danny D. Brace, Jr., Counsel for Defendant Tevin Tan, that the status conference scheduled for November 1, 2010, be continued to November 15, 2010.  The request to continue the status conference is made on the ground that the government has recently provided a proposed plea agreement to defense counsel.  Danny Brace recently replaced Mr. Tan's original counsel in this case.  The defense needs the time to review the proposed plea agreement and discuss potential motions and defenses with Mr. Tan.

1

1    Both parties agree that an exclusion of time is appropriate
2 under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable
3 time to prepare). Danny Brace agrees to this request and has
4 authorized Assistant United States Attorney Todd D. Leras to sign
5 this stipulation on his behalf.

7 DATED: October 28, 2010        By: /s/ Todd D. Leras
                                    TODD D. LERAS
8                                   Assistant U.S. Attorney

10 DATED: October 28, 2010       By: /s/ Todd D. Leras for
                                    DANNY D. BRACE, JR.
11                                  Attorney for Defendant
                                    TEVIN TAN

1 **IT IS HEREBY ORDERED**:

2    1.   The status conference set for November 1, 2010, is
3 continued to November 15, 2010, at 8:30 a.m.

4    2.   Based on the stipulations and representations of the
5 parties, the Court finds that the ends of justice outweigh the
6 best interest of the public and Defendant in a speedy trial.
7 Accordingly, time under the Speedy Trial Act shall be excluded
8 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable
9 time to prepare) up to and including November 15, 2010.

10    IT IS SO ORDERED.

13 Date: October 29, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE