```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CASE NO. 2:10-0262 WBS
12           Plaintiff,          )
                                 )  STIPULATION AND [PROPOSED]
13                               )  ORDER CONTINUING STATUS
         v.                      )  CONFERENCE
14                               )
    TEVIN TAN,                   )
15                               )
             Defendant.          )
16  _____)
17
18
19       IT IS HEREBY STIPULATED by and between Plaintiff United
20  States of America and Attorney Danny D. Brace, Jr., Counsel for
21  Defendant Tevin Tan, that the status conference scheduled for
22  November 15, 2010, be continued to December 13, 2010.  The
23  request to continue the status conference is made on the ground
24  that defense counsel needs additional time to prepare.  Danny
25  Brace recently replaced Mr. Tan's original counsel in this case.
26  The defense needs additional time to review a previously-provided
27  plea agreement and discuss potential motions and defenses with
28  Mr. Tan.
```

1

Both parties agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). Danny Brace agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: November 12, 2010        By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: November 12, 2010        By: /s/ Todd D. Leras for
                                    DANNY D. BRACE, JR.
                                    Attorney for Defendant
                                    TEVIN TAN

**IT IS HEREBY ORDERED:**

1. The status conference set for November 15, 2010, is continued to December 13, 2010, at 8:30 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 13, 2010.

IT IS SO ORDERED.

Date: November 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE