DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TEVIN TAN,<br><br>　　　　　Defendant | Case No.: 2:10-0262 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

　　　　The parties agree that time beginning February 28, 2011 and extending through March 28, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv). Additionally, the above named counsel is currently in a murder trial in Sacramento County Superior Court, People v. Corey Carmicle, Department 10, and has not yet completed research and preparation of the Motion to Suppress Evidence in this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the February 28, 2011, calendar and be rescheduled to March 28, 2011 at 8:30 a.m. for a Status Conference.

Respectfully submitted,

Date:   2-24-11                                                     By:     /s/ Danny D. Brace, Jr.,
                                                                                    DANNY D. BRACE, JR.,
                                                                                    Attorney for Tevin Tan

Date:   2-24-11                                                     By:     /s/ Todd Leras
                                                                                    Authorized to sign for Mr. Leras
                                                                                    On February 24, 2011
                                                                                    Todd Leras
                                                                                    Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:  February 24, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE