DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>TEVIN TAN,<br><br>             Defendant | Case No.: 2:10 CR 00262 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

     The parties agree that time beginning Marc 28, 2011 and extending through April 18, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  Additionally, the above named counsel is currently in trial in Sacramento County Superior Court, Department 14, People v. David Boult and have not fully discussed the plea agreement with Mr. Tan.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

     The parties further request that this matter be taken off the March 28, 2011, calendar and be rescheduled to April 18, 2011 at 8:30 a.m.

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:   3-24-11                                                         By:     /s/ Danny D. Brace, Jr.,
                                                                        DANNY D. BRACE, JR.,
                                                                        Attorney for
                                                                        Tevin Tan


Date:   3-24-11                                                         By:     /s/ Todd D.Leras
                                                                        Authorized to sign for Mr. Leras
                                                                        On March 24, 2011
                                                                        TODD D. LERAS
                                                                        Assistant U.S. Attorney


**IT IS SO ORDERED:**
**Dated:**  March 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE