DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TEVIN TAN,<br><br>　　　　　Defendant | Case No.: 2:10 CR 00262 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

　　　　The parties agree that time beginning May 2, 2011 and extending through June 6, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  Additionally, Defense counsel will be filing A Motion to Suppress Evidence on April 28, 2011 and the parties wish to set a briefing schedule as follows:

Defendant's Motion due April 28, 2011

Government's Response due May 23, 2011

Defendant's Reply, if any, due May 30, 2011.

Hearing on Motion June 6, 2011 at 8:30 a.m.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the May 2, 2011, calendar and be rescheduled to June 6, 2011 at 8:30 a.m.

Respectfully submitted,

Date:  4-28-11                               By:     /s/ Danny D. Brace, Jr.,
                                                         DANNY D. BRACE, JR.,
                                                         Attorney for
                                                         Tevin Tan

Date:  4-28-11                               By:     /s/ Todd D. Leras
                                                         Authorized to sign for Mr. Leras
                                                         On April 28, 2011
                                                         TODD D. LERAS
                                                         Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated: May 3, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO EXTEND TIME - 2