BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-10-262 WBS |
| Plaintiff, | ) |
| | ) ORDER FOLLOWING HEARING |
| | ) REGARDING STATUS OF |
| v. | ) PENDING MOTION |
| | ) |
| TEVIN TAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

This matter came before the Court for a status conference on
August 22, 2011.  The United States was represented by Assistant
United States Attorney Todd D. Leras.  Defendant Tevin Tan was
personally present and represented by Attorney Danny Brace.

Following representation by defense counsel that the
attorney-client relationship appeared to have broken down, the
Court excused the prosecutor and held a closed hearing.
Following the hearing, the Court indicated that defendant had
requested to re-open the suppression hearing to provide
additional evidence as an alternative to his request for new
counsel.  The Court granted that request and set an evidentiary

1

hearing on September 8, 2011 at 9:00 a.m.

Based on defendant's request to provide further evidence in support of his motion to suppress, time should be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pending pre-trial motion).

**IT IS HEREBY ORDERED**:

1.   Defendant's request to re-open the evidentiary hearing to offer evidence in support of his Motion to Suppress Evidence is granted.

2.   The evidentiary hearing on the motion is set for September 8, 2011, at 9:00 a.m.

3.   Based on the defendant's request, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through September 8, 2011.


DATED:  August 22, 2011


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE