DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TEVIN TAN,<br><br>    Defendant | Case No.: 2:10 CR 00262 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning November 14, 2011 and extending through December 5, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties need additional time to finalize details of a possible plea agreement. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the November 14, 2011, calendar and be rescheduled to December 5, 2011 at 9:30 a.m.

STIP AND ORDER TO EXTEND TIME - 1

1
2
3                                                  Respectfully submitted,
4
5    Date:   11-10-11                               By:     /s/ Danny D. Brace, Jr.,
                                                    DANNY D. BRACE, JR.,
                                                    Attorney for
6                                                   Tevin Tan
7
8
     Date:   11-10-11                               By:     /s/ Todd D.Leras
9                                                   Authorized to sign for Mr. Leras
                                                    On November 10, 2011
10                                                  TODD D. LERAS
                                                    Assistant U.S. Attorney
11
12

**IT IS SO ORDERED:**
13
Dated:   November 10, 2011
14
15
                                                    WILLIAM B. SHUBB
16                                                  UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25

STIP AND ORDER TO EXTEND TIME - 2