1   DANNY D. BRACE, JR., #114466
    LAW OFFICE OF DANNY D. BRACE, JR.
    901 H Street, Suite 500
2   Sacramento, CA  95814
    (916) 552-6660
3   Fax:  (916) 447-0592

4   Attorney for Tevin Tan

5

6                   IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )  Case No.: 2:10 CR 00262 WBS
                                        )
                                        )  STIPULATION AND ORDER TO EXTEND
10                 Plaintiff,           )  TIME FOR HEARING AND TO EXCLUDE
                                        )  TIME
11        vs.                           )
                                        )
12  TEVIN TAN,                          )
                                        )
13                 Defendant            )

14        The parties agree that time beginning December 5, 2011 and extending through January

15  9, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-

16  4).  The parties submit that the ends of justice are served by the Court excluding such time, so

17  that counsel for the defendant may have reasonable time necessary for effective preparation,

18  taking into account the exercise of due diligence, and so that the defendant may have continuity

19  of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).

20        The parties need additional time to finalize details of a possible plea agreement.

21  The parties stipulate and agree that the interests of justice served by granting this continuance

22  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

23  §3161(h)(8)(A).

24        Additionally, counsel for defendant has been assigned out to trial in Sacramento County

25  Superior Court, Department 14.  Trial is expected to last until approximately December 14, 2011.

1      The parties further request that this matter be taken off the December 5, 2011, calendar

2   and be rescheduled to January 9, 2012 at 9:30 a.m.

3

4

5                                                          Respectfully submitted,

6

7   Date:   11-28-11                                       By:     /s/ Danny D. Brace, Jr.,
                                                            DANNY D. BRACE, JR.,
                                                            Attorney for
8                                                           Tevin Tan

9

10  Date:    11-28-11                                      By:     /s/ Todd D.Leras
                                                            Authorized to sign for Mr. Leras
11                                                          On November 28, 2011
                                                            TODD D. LERAS
12                                                          Assistant U.S. Attorney

13

14

15  **IT IS SO ORDERED:**

16  Dated:  November 29, 2011

17

18  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25