JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
TEVIN TAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:10-CR-0262-WBS |
| Plaintiff, | |
| v. | *AMENDED* STIPULATION AND ORDER FOR RETURN OF PASSPORT |
| TEVIN TAN, | |
| Defendant. | |

In June 2010, the magistrate court order defendant Tevin Tan released on an unsecured appearance bond with special conditions that he and his wife Aranyawadee Tan surrender their passports to the Clerk's office.  The docket sheet shows they both did so.  Dkt. entries ## 7, 11.

On April 1, 2013, the Court sentenced Tan to 30 months imprisonment and permitted him to self-surrender to serve his sentence.  Tan surrendered as ordered and has now completed his sentence of imprisonment.  Tan's appeal is still pending.

The docket sheet shows that Tan's passport was returned to the U.S. Department of State, Office of Passport Policy and Advisory Services on May 15, 2013.  Tan's wife has requested return of her passport.

As a result, IT IS HEREBY STIPULATED between defendant Tevin Tan, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Christiaan Highsmith, that the Clerk's office release Aranyawadee Tan's passport to Tan's attorney John Balazs to return to her.

Respectfully submitted,

Dated: September 16, 2015

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
TEVIN TAN

BENJAMIN B. WAGNER
U.S. Attorney

Dated: September 16, 2015

By:   /s/ Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the Clerk's Office shall release Aranyawadee Tan's passport to the Law Office of John Balazs.

Dated:  September 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2